## YANDLE v. MUNDY et al. (No. 8307.)

Court of Civil Appeals of Texas. San Antonio. Dec. 21, 1929.

John C. Myrick, of Harlingen, for appellant.

W. T. Carlton, of Harlingen, for appellees.

PER CURIAM. Appellant's brief does not contain copy of any assignment or assignments of error filed by appellant in the court below, if any were filed there, nor any references to the transcript by which such assignments may be located in the record, as plainly required in rule 32. Appellant's brief must therefore be disregarded, and, as no fundamental error is apparent in the record, the judgment appealed from must be affirmed. John P. Forrest v. Mrs. N. M. Moore et al., 22 S.W.(2d) ——, decided by this court on December 18, 1929; Ruth v. Cobe (Tex. Civ. App.) 165 S. W. 530; Dees v. Thompson (Tex. Civ. App.) 166 S. W. 56; Bradshaw v. Kearby (Tex. Civ. App.) 168 S. W. 436; Coons v. Lain (Tex. Civ. App.) 168 S. W. 981; Norton v. Lea (Tex. Civ. App.) 170 S. W. 267; Watson v. Patrick (Tex. Civ. App.) 174 S. W. 632; Arnold v.

Fuller (Tex. Civ. App.) 279 S. W. 928; Citizens' State Bank v. McMurrey (Tex. Civ. App.) 16 S.W.(2d) 541.

Affirmed.